# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOWARD CONSTRUCTION, INC, | Case No.  1:26-cv-01029 SKO |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | (Doc. 4) |
| UNIVERSAL CHURCH, et. al., | |
| Defendants. | |

On March 17, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 4).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  __**March 18, 2026**__          ____/s/ *Sheila K. Oberto*____
                                        UNITED STATES MAGISTRATE JUDGE